**TALG, LTD.**
Ismail Amin, Esq. (SBN 231232)
Christopher Stark, Esq. (SBN 306898)
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Telephone: 949. 502.7715
Facsimile: 949.266.8406

Attorneys for Defendant Set Forth LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FARBOD HADIZADEH MOGHADAM, individually and on behalf of others similarly situated,

Plaintiffs,

v.

SET FORTH LLC (erroneously sued as SET FORTH, INC.), CORDOBA LEGAL GROUP PLLC, and EASY FINANCE,

Defendants.

Case No. 2:26-cv-04067

**SET FORTH, LLC'S ANSWER TO CLASS ACTION COMPLAINT**

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Defendant SET FORTH LLC ("Set Forth") by and through its undersigned counsel, hereby answers and responds as follows to the Complaint filed by Plaintiff FABORD HADIZADEH MOGHADAM ("Plaintiff") in the above-caption action.

Set Forth denies each and every allegation in the Complaint, including without limitation allegations appearing in headings, subheadings, and footnotes, except as expressly admitted herein, and specifically denies that Plaintiff is entitled to relief sought in the Prayer for Relief. Set Forth reserves the right to amend and/or supplement this Answer.

## ANSWER TO COMPLAINT

## INTRODUCTION

1. With respect to Paragraph 1 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 1 of the Complaint.

2. With respect to Paragraph 2 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 2 of the Complaint.

3. Answering Paragraph 3 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 3 includes factual allegations, Set Forth denies that Plaintiff

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

accurately states the legal standard and its application of the facts to the case and deny, generally and specifically, each and every allegation contained therein.

4. With respect to Paragraph 4 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 4 of the Complaint.

5. With respect to Paragraph 5 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 5 of the Complaint.

6. Answering Paragraph 6 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 6 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and its application of the facts to the case and deny, generally and specifically, each and every allegation contained therein.

7. With respect to Paragraph 7 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 7 of the Complaint.

8. Answering Paragraph 8 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 8 includes factual allegations, Set Forth denies that Plaintiff

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

accurately states the legal standard and its application of the facts to the case and deny, generally and specifically, each and every allegation contained therein.

9. With respect to Paragraph 9 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth denies the allegations in Paragraph 9 of the Complaint.

## JURISDICTION AND VENUE

10. With respect to Paragraph 10 of the Complaint, which consists of legal conclusions, no response is required. Should a response be required, Set Forth admits that this Court possesses jurisdiction over this matter pursuant to federal question jurisdiction. Except as expressly admitted, Set Forth denies the remaining allegations contained in Paragraph 10 of the Complaint.

11. With respect to Paragraph 11 of the Complaint, which consists of legal conclusions, no response is required. To the extent a response is required, Set Forth admits the Court may properly exercise supplemental subject matter jurisdiction over the additional claims made by Plaintiff. Except as expressly admitted, Set Forth denies the remaining allegations contained in Paragraph 11 of the Complaint.

12. With respect to Paragraph 12 of the Complaint, which consists of legal conclusions, no response is required. Should a response be required, Set Forth admits that this Court possesses personal jurisdiction over Set Forth as it conducts business in

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

the State of California and within this judicial district. Except as expressly admitted, Set Forth denies the remaining allegations contained in Paragraph 12 of the Complaint.

13. With respect to Paragraph 13 of the Complaint, which consists of legal conclusions, no response is required. Should a response be required, Set Forth admits that it conducted business within this judicial district at all times alleged in the Complaint. Except as expressly admitted, Set Forth does not have sufficient knowledge to enable it to answer the remaining allegations, and on that basis, denies them.

**PARTIES**

14. With respect to Paragraph 14 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 14 of the Complaint.

15. Admitted.

16. With respect to Paragraph 16 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 16 of the Complaint.

17. With respect to Paragraph 17 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

information, generally and specifically denies the allegations set forth in Paragraph 17 of the Complaint.

18. With respect to Paragraph 18 of the Complaint, Set Forth admits that it conducted business in the State of California at all times alleged in the Complaint. Except as expressly admitted, Set Forth does not have sufficient knowledge to enable it to answer the remaining allegations, and on that basis, denies them.

**TCPA BACKGROUND**

19. With respect to Paragraph 19 of the Complaint, which consists of legal conclusions, no response is required.

20. With respect to Paragraph 20 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

21. With respect to Paragraph 21 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

22. With respect to Paragraph 22 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

23. With respect to Paragraph 23 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

24. With respect to Paragraph 24 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

25. With respect to Paragraph 25 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

26. With respect to Paragraph 26 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

27. With respect to Paragraph 27 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

28. With respect to Paragraph 28 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

29. With respect to Paragraph 29 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

30. With respect to Paragraph 30 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

31. With respect to Paragraph 31 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

32. With respect to Paragraph 32 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

## CIPA BACKGROUND

33. With respect to Paragraph 33 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

34. With respect to Paragraph 34 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

35. With respect to Paragraph 35 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

36. With respect to Paragraph 36 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

37. With respect to Paragraph 37 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

38. With respect to Paragraph 38 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

39. With respect to Paragraph 39 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

## FACTUAL ALLEGATIONS

40. Admitted.

41. With respect to Paragraph 41 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 41 of the Complaint.

42. With respect to Paragraph 42 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

information, generally and specifically denies the allegations set forth in Paragraph 42 of the Complaint.

43. With respect to Paragraph 43 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 43 of the Complaint.

44. Set Forth denies the allegations set forth in Paragraph 44 of the Complaint.

**FACTUAL ALLEGATIONS AS TO PLAINTIFF**

45. With respect to Paragraph 45 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 45 of the Complaint.

46. With respect to Paragraph 46 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 46 of the Complaint.

47. With respect to Paragraph 47 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 47 of the Complaint.

48. With respect to Paragraph 48 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 48 of the Complaint.

49. With respect to Paragraph 49 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 49 of the Complaint.

50. With respect to Paragraph 50 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 50 of the Complaint.

51. With respect to Paragraph 51 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 51 of the Complaint.

52. With respect to Paragraph 52 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 5W of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

53. With respect to Paragraph 53 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 53 of the Complaint.

54. With respect to Paragraph 54 of the Complaint, which consists of legal conclusions and restatements of law, no response is required. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein as it is unclear what classification of phone calls Plaintiff is referring to, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 54 of the Complaint.

55. Answering Paragraph 55 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 55 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

56. With respect to Paragraph 56 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 56 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

57. With respect to Paragraph 57 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 57 of the Complaint.

58. With respect to Paragraph 58 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 58 of the Complaint.

59. With respect to Paragraph 59 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 59 of the Complaint.

60. With respect to Paragraph 60 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 60 of the Complaint.

61. With respect to Paragraph 61 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 61 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

62. With respect to Paragraph 62 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 62 of the Complaint.

63. With respect to Paragraph 63 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 63 of the Complaint.

64. With respect to Paragraph 64 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 64 of the Complaint.

65. With respect to Paragraph 65 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 65 of the Complaint.

66. With respect to Paragraph 66 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 66 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

67. With respect to Paragraph 67 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 67 of the Complaint.

68. With respect to Paragraph 68 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 68 of the Complaint.

69. With respect to Paragraph 69 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 69 of the Complaint.

70. With respect to Paragraph 70 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 70 of the Complaint.

71. With respect to Paragraph 71 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 71 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

72. With respect to Paragraph 72 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 72 of the Complaint.

73. With respect to Paragraph 73 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 73 of the Complaint.

74. With respect to Paragraph 74 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 74 of the Complaint.

75. With respect to Paragraph 75 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 75 of the Complaint.

76. With respect to Paragraph 76 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 76 of the Complaint.

77. With respect to Paragraph 77 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 77 of the Complaint.

78. With respect to Paragraph 78 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 78 of the Complaint.

79. With respect to Paragraph 79 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 79 of the Complaint.

80. With respect to Paragraph 80 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 80 of the Complaint.

81. With respect to Paragraph 81 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 81 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

82. With respect to Paragraph 82 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 82 of the Complaint.

83. With respect to Paragraph 83 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 83 of the Complaint.

84. With respect to Paragraph 84 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 84 of the Complaint.

85. With respect to Paragraph 85 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 85 of the Complaint.

86. With respect to Paragraph 86 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 86 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

87. With respect to Paragraph 87 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 87 of the Complaint.

88. With respect to Paragraph 88 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 88 of the Complaint.

89. With respect to Paragraph 89 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 89 of the Complaint.

90. With respect to Paragraph 90 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 90 of the Complaint.

91. With respect to Paragraph 91 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 91 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

92. With respect to Paragraph 92 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 92 of the Complaint.

93. Set Forth denies the allegations contained in Paragraph 93 of the Complaint.

94. With respect to Paragraph 94 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 94 of the Complaint.

95. Set Forth denies the allegations contained in Paragraph 95 of the Complaint.

96. With respect to Paragraph 96 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 96 of the Complaint.

97. Set Forth denies the allegations contained in Paragraph 97 of the Complaint.

98. With respect to Paragraph 98 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 98 of the Complaint.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

99. With respect to Paragraph 99 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 99 of the Complaint.

100. Answering Paragraph 100 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 100 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

101. Answering Paragraph 101 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 101 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

102. Answering Paragraph 102 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 102 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

103. With respect to Paragraph 103 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

104. Answering Paragraph 104 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 104 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

105. Answering Paragraph 105 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 105 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

106. Answering Paragraph 106 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 106 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

107. Answering Paragraph 107 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 107 includes factual allegations, Set Forth denies that Plaintiff

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

108. With respect to Paragraph 108 of the Complaint, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 94 of the Complaint.

109. Answering Paragraph 109 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 109 of the Complaint.

110. Answering Paragraph 110 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 110 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

**STANDING**

***The "Injury in Fact" Prong***

111. With respect to Paragraph 111 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

112. With respect to Paragraph 112 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

113. With respect to Paragraph 113 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

114. Answering Paragraph 114 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 114 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

115. Answering Paragraph 115 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 115 of the Complaint.

116. Answering Paragraph 116 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 116 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

///

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

### *The "Traceable to the Conduct of Defendant" Prong*

117. With respect to Paragraph 111 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

118. Set Forth denies the allegations contained in in Paragraph 118 of the Complaint.

119. Answering Paragraph 119 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 119 of the Complaint.

120. Answering Paragraph 120 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 120 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

121. Answering Paragraph 121 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 121 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

***The "Injury is Likely to be Redressed by a Favorable Judicial Opinion" Prong***

122. With respect to Paragraph 122 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

123. Answering Paragraph 123 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 123 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

124. With respect to Paragraph 124 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

125. Answering Paragraph 125 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 125 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

## CLASS ACTION ALLEGATIONS

126. With respect to Paragraph 126 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

127. With respect to Paragraph 127 of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

128. Answering Paragraph 128 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 128 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

129. Answering Paragraph 129 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 129 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

130. Answering Paragraph 130 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 130 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

131. Answering Paragraph 131 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 131 includes factual allegations, Set Forth denies that Plaintiff

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

132. Answering Paragraph 132 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 132 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

133. Answering Paragraph 133 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 133 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

134. Answering Paragraph 134 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 134 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

135. Answering Paragraph 135 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 135 includes factual allegations, Set Forth denies that Plaintiff

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

136. Answering Paragraph 136 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 136 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

137. Answering Paragraph 137 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 137 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

138. Answering Paragraph 138 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 138 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

139. Answering Paragraph 139 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 139 of the Complaint.

140. Answering Paragraph 140 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 140 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

141. Answering Paragraph 141 of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 141 includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

142. Answering Paragraph 99 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 99 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

143. Answering Paragraph 100 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 100 (sic) includes factual allegations, Set Forth denies that

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

144. Answering Paragraph 101 (sic) of the Complaint, Seth Forth denies the allegations contained therein.

145. Answering Paragraph 102 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 102 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

146. Answering Paragraph 103 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 103 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

147. Answering Paragraph 104 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 104 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

148. With respect to Paragraph 105 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

**COUNT I**

**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

**47 U.S.C. §§ 227, *ET SEQ.***

**[On Behalf of Plaintiff and the Pre-Recorded Voice Class]**

149. With respect to Paragraph 106 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

150. Answering Paragraph 107 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 107 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

151. Answering Paragraph 108 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 108 (sic) of the Complaint.

152. Answering Paragraph 109 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

To the extent Paragraph 109 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

153. Answering Paragraph 110 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 110 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

154. With respect to Paragraph 111 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

**COUNT II**

**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

**47 U.S.C. §§ 227, *ET SEQ.***

**[On Behalf of Plaintiff and the DNC Class]**

155. With respect to Paragraph 112 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

156. Answering Paragraph 113 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 113 (sic) of the Complaint.

157. With respect to Paragraph 114 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

158. Answering Paragraph 115 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent a response is required, Set Forth lacks sufficient information to respond to the allegations set forth therein, and based upon such lack of information, generally and specifically denies the allegations set forth in Paragraph 115 (sic) of the Complaint.

159. Set Forth denies the allegations contained in Paragraph 116 (sic) of the Complaint.

160. Set Forth denies the allegations contained in Paragraph 117 (sic) of the Complaint.

161. Set Forth denies the allegations contained in Paragraph 118 (sic) of the Complaint.

162. Set Forth denies the allegations contained in Paragraph 119 (sic) of the Complaint.

163. Answering Paragraph 120 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 120 (sic) includes factual allegations, Set Forth denies that

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

164. Answering Paragraph 121 (sic) of the Complaint, this paragraph includes statements of legal standards or legal conclusions that do not require admission or denial. To the extent Paragraph 121 (sic) includes factual allegations, Set Forth denies that Plaintiff accurately states the legal standard and their application of the facts to the case and denies, generally and specifically, each and every allegation contained therein.

165. With respect to Paragraph 122 (sic) of the Complaint, which consists of legal conclusions and restatements of law, no response is required.

**COUNT III**

**VIOLATIONS OF THE CIPA, CAL. PEN. CODE § 632**

**[On Behalf of Plaintiff and The CIPA Class]**

**As to Defendant Easy Finance Only**

166. No response is required as to Paragraph 123 (sic) of the Complaint as this claim is not made against Set Forth.

167. No response is required as to Paragraph 124 (sic) of the Complaint as this claim is not made against Set Forth.

168. No response is required as to Paragraph 125 (sic) of the Complaint as this claim is not made against Set Forth.

169. No response is required as to Paragraph 126 (sic) of the Complaint as this claim is not made against Set Forth.

170. No response is required as to Paragraph 127 (sic) of the Complaint as this claim is not made against Set Forth.

## AFFIRMATIVE DEFENSES

Set Forth's affirmative defenses to Plaintiff's Complaint are set forth below. By setting forth the following allegations and defenses, however, Set Forth does not assume the burden of proof on matters and issues other than those on which Set Forth has the burden of proof as a matter of law.

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. Set Forth is informed and believes and based on information and belief alleges that the Complaint and each and every claim therein fails to state facts sufficient to constitute a cause of action, or any cause of action, against Set Forth.

## SECOND AFFIRMATIVE DEFENSE

**(Estoppel)**

2. Set Forth is informed and believes and based on information and belief alleges that Plaintiff and/or the putative class members are estopped from obtaining the relief sought in the Complaint by virtue of his acts, conduct, representations and admissions.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver)**

3. Set Forth is informed and believes and based on information and belief alleges that Plaintiff' and/or the putative class members' conduct bars them from any recovery herein by virtue of the equitable doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

4. Set Forth is informed and believes and based on information and belief alleges that if Plaintiff and/or the putative class members suffered any loss, damage, or injury, it was directly and proximately caused by and the result of their own conduct and failure to mitigate any such loss, damage or injury.

**FIFTH AFFIRMATIVE DEFENSE**

**(Indemnification)**

5. Set Forth is informed and believes and based on information and belief alleges that the acts or omissions of third persons other than Set Forth proximately caused or contributed to the events leading up to the occurrence by which Plaintiff and/or the putative class members allegedly sustained loss, damage or injury. Set Forth is entitled to a judicial determination of the percentage of fault of each person who is the proximate cause of the Plaintiff and/or the putative class members' alleged loss, damage and injury, if any.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**SIXTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

6. Set Forth is informed and believes and based on information and belief alleges that Plaintiff and/or the putative class members would be unjustly enriched if each obtained the remedies sought in the Complaint and/or recovered any damages as alleged in the Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Active Fault)**

7. Set Forth informed and believes and based on information and belief alleges that Set Forth's liability, if any, to Plaintiff and/or the putative class members would be based on the active fault of Plaintiff and/or the putative class members, and such active fault precludes the relief sought by the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Passive and Secondary Negligence)**

8. Set Forth is informed and believes and based on information and belief alleges that Set Forth was not negligent in any respect. However, if there should be a determination of negligence, such negligence, if any, Set Forth was passive and secondary, while the negligence of Plaintiff and/or the putative class members and others were active and primary, thus precluding any recovery sought in the Complaint.

///

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

## NINTH AFFIRMATIVE DEFENSE

**(Ratification)**

9. Set Forth is informed and believes and on that basis alleges that Plaintiff and/or the putative class members are barred from recovery because they received the benefit of and ratified, in whole or parts, Set Forth's alleged wrongful acts.

## TENTH AFFIRMATIVE DEFENSE

**(Set Forth Did Not Breach Duty)**

10. Set Forth is informed and believes and based on information and belief alleges that Plaintiff and/or the putative class members barred from any recovery because Set Forth did not breach any duty owed, if any, to Plaintiff and/or the putative class members.

## ELEVENTH AFFIRMATIVE DEFENSE

**(Contributory/Comparative Negligence)**

11. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members, and/or other parties, were guilty of negligence and carelessness in and about the matters complained of and this contributed directly and proximately to the happening of the events described in the Complaint and to the damages, if any, sustained as a result. Plaintiff and/or the putative class members' damages, if any, should be reduced in proportion to said contributory or comparative negligence.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

## TWELFTH AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

12. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members' Complaint, and each cause of action thereof, is barred by the applicable statute of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE

**(*In Pari Delicto*)**

13. Set Forth is informed and believes and based on information and belief alleges that Plaintiff and/or the putative class members by virtue of their having been the sole or major contributing factor to the alleged losses of which they now complain, based upon their own fault or other misconduct, are barred from seeking the relief sought in the Complaint by the principle of *in pari delicto.*

## FOURTEENTH AFFIRMATIVE DEFENSE

**(Intervening and Superseding Causes)**

14. Set Forth is informed and believes and based on information and belief alleges that if Plaintiff and/or the putative class members have sustained damages, if any, all such damage was the direct result and proximately caused or contributed to by the conduct or omissions of other parties, persons, entities, or conditions, and said conduct or omissions of other parties, persons, entities, or conditions were intervening and superseding causes of damages allegedly suffered by Plaintiff and/or the putative

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

class members, if any.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

15. Set Forth is informed and believes and based on information and belief alleges that Plaintiff and/or the putative class members barred or precluded from any recovery from Set Forth as a result of their own improper conduct under the doctrine of unclean hands.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Obligations Discharges)**

16. Set Forth is informed and believes and based on information and belief alleges that prior to the commencement of this action, Set Forth duly performed, satisfied and discharged all duties and obligations that it may have owed to Plaintiff and/or the putative class members arising out of any and all agreements, representations, or contracts made by Set Forth or on behalf of Set Forth, and this action is therefore barred.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Laches)**

17. Set Forth is informed and believes and based on information belief alleges that the Complaint is barred in whole or in part by the doctrine of Laches.

///

///

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Assumed Risk)**

18. Set Forth is informed and believes and based on this information and belief alleges that to the extent Plaintiff and/or the putative class members have suffered damages, if at all, that any and all of such damages were within the risks assumed by Plaintiff and/or the putative class members.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Proximate Cause)**

19. Set Forth is informed and believes and based on this information and belief alleges that Set Forth's conduct was not the cause in fact, or the proximate cause of any damages alleged by the Plaintiff and/or the putative class members, and each of the Plaintiff and/or the putative class members' claims are barred and precluded as a result thereof.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Contribution)**

20. Set Forth is informed and believes and based on this information and belief alleges that the acts or omissions of Plaintiff and/or the putative class members or third persons other than Set Forth, proximately caused or contributed to the events leading up to the occurrence by which Plaintiff and/or the putative class members allegedly sustained loss, damage or injury. Set Forth is entitled to a judicial determination of the

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

percentage of fault of each person who is the proximate cause of the Plaintiff and/or the putative class members' alleged loss, damage and injury, if any, and contribution to the extent of such fault and damages.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Off-Set)**

21. Set Forth is informed and believes and based on this information and belief alleges that that Set Forth has suffered damages by reason of Plaintiff and/or the putative class members' or other entities or persons' conduct, and, therefore, Set Forth has the right to off-set any amount of money which this Court determines is owed or due to Plaintiff and/or the putative class members, if any, by way of said damages.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Lack of Jurisdiction Over Absent Class Members)**

22. The Court lacks personal jurisdiction over all or some of the claims asserted on behalf of absent class members.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Compliance)**

23. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members' claims are barred, in whole or in part, as Set Forth substantially complied with the TCPA and/or any related regulations.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Federal Rule of Civil Procedure 23)**

24. Set Forth is informed and believes and based on this information and belief alleges that the action may not be maintained as an action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Unconstitutional Penalties)**

25. Set Forth is informed and believes and based on this information and belief alleges that to the extent that the Complaint seeks statutory penalties of any kind, such claims are punitive and violate Set Forth's due process rights and/or the prohibition against "excessive fines" of the United States Constitution, Eighth Amendment, and therefore fails to state a claim upon which statutory penalties may be awarded.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Failure to Satisfy Conditions Precedent)**

26. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members failed to satisfy requisite conditions precedent necessary to assert the claims alleged in the Complaint.

///

///

///

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Exercise Reasonable Care)**

27. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members failed to exercise ordinary and reasonable care on their own behalf, and such negligence and carelessness was a proximate cause of some portion, up to and including the whole of, its alleged injuries and damages. Plaintiff and/or the putative class members' recovery therefore should be barred or reduced according to law.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Speculative Damages)**

28. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff and/or the putative class members' damages, if any, are speculative and uncertain.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Permissible Cause)**

29. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff's and/or putative class members' claims are barred, in whole or in part, because any telephone calls at issue were permitted, allowed by, and/or exempt from the TCPA and/or any related regulations.

///

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

**THIRTIETH AFFIRMATIVE DEFENSE**

**(First Amendment)**

30. Set Forth is informed and believes and based on this information and belief alleges that Plaintiff's and/or putative class members' TCPA claims fail to the extent that they abridge Set Forth's freedom of speech protected under the First Amendment of the United States Constitution.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

**(Article III Standing)**

31. Some or all of the claims made in Plaintiff's Complaint, including claims made on behalf of the proposed putative class(es), are barred because the named Plaintiff and/or members of the proposed putative class lack Article III, statutory standing, or any cognizable injury.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

**(Prior Release)**

32. If any persons or entities claiming to be members of the proposed class have settled or released their claims, they may be barred from recovery, in whole or in part, by such settlements or releases.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

**(Accord and Satisfaction)**

33. If any persons claiming to be members of the proposed class have resolved

similar or the same claims as those alleged in the Complaint, they may be barred from recovery, in whole or in part, on the ground that they are subject to the defense of accord and satisfaction.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

**(Reservation of Additional Affirmative Defenses)**

34. Set Forth presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Therefore, Set Forth reserves herein the right to assert additional defenses in the event that discovery indicates that they would be appropriate.

**PRAYER**

WHEREFORE, Set Forth prays for judgment as follows:

1. That Plaintiff and/or the putative class members take nothing by way of this Complaint;
2. That the Complaint be dismissed, in its entirety, with prejudice;
3. That the Court enters judgment in Set Forth's favor, and against Plaintiff and/or the putative class members;
4. That Set Forth is awarded costs incurred in defense of this action;
5. That Set Forth is awarded its attorney's fees and costs;
6. That Set Forth is awarded such other and further relief as the Court may deem equitable and just.

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

Dated: May 27, 2026

**TALG, LTD.**

By: /s/ Ismail Amin
Ismail Amin, Esq.
Christopher Stark, Esq.
***Attorneys for Defendant***
**SET FORTH LLC**

TALG, Ltd.
3161 Michelson Drive, Suite 1025
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 27, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing documents via the Court's CM/ECF system.

Executed on May 27, 2027 at Irvine, California.

/s/ *Ismail Amin*
ISMAIL AMIN