Robert B. Volynsky (SBN 310600)
**WELTZ KAKOS GERBI**
**WOLINETZ VOLYNSKY LLP**
1 Old Country Road, Suite 275
Carle Place, New York 11514
Tel.: (516) 320-6945
Email: rvolynky@weltz.law

*Attorneys for Defendant*
*Cordoba Legal Group PLLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARBOD HADIZADEH MOGHADAM, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SET FORTH, INC., CORDOBA LEGAL GROUP PLLC, and EASY FINANCE,<br><br>Defendants. | Case No. 2:26-CV-04067<br><br>**DEFENDANT CORDOBA LEGAL GROUP PLLC'S ANSWER TO <u>CLASS ACTION COMPLAINT</u>** |

Defendant CORDOBA LEGAL GROUP PLLC ("Defendant" or "CLG"), by and through its undersigned counsel, Weltz Kakos Gerbi Wolinetz Volynsky LLP, hereby submits its Answer to the Class Action Complaint ("Complaint") filed by Plaintiff FARBOD HADIZADEH MOGHADAM ("Plaintiff"). To the extent that headings in the Complaint are construed as allegations, they are each denied. Defendant further denies the allegations in the Complaint except as specifically admitted or qualified below:

1. Paragraph 1 of the Complaint states a legal conclusion, to which a response is not

required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5. Paragraph 5 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 5 of the Complaint.

6. Paragraph 6 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. Denies the allegations contained in Paragraph 8 of the Complaint.

9. Paragraph 9 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. Paragraph 10 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 10 of the Complaint, except admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

11. Paragraph 11 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 11 of the Complaint, except admits that the Court may, in its discretion, exercise supplemental jurisdiction over additional claims in this suit.

12. Paragraph 12 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13. Paragraph 13 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

15. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

16. Admits the allegations contained in Paragraph 16 of the Complaint, except denies that it is a "foreign" entity to the extent that such term is used to imply that Defendant is required to register with the State of California as a foreign professional limited liability company.

17. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint, except denies that Defendant Easy Finance ("EF") had authorization from Defendant to initiate calls on behalf of Defendant.

18. Paragraph 18 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 18 of the Complaint as to Defendant, and lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint as to the other Defendants.

19. Paragraph 19 of the Complaint states a legal conclusion, to which a response is not required.

20. Paragraph 20 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited publication therein for the true and correct contents thereof.

21. Paragraph 21 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited case therein for the true and correct contents thereof. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. Paragraph 22 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

23. Paragraph 23 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited publication therein for the true and correct contents thereof.

24. Paragraph 24 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited publication and case therein for the true and correct contents thereof.

25. Paragraph 25 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited case therein for the true and correct contents thereof.

26. Paragraph 26 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

27. Paragraph 27 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

28. Paragraph 28 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited rules therein for the true and correct contents thereof.

29. Paragraph 29 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited publication and case therein for the true and correct contents thereof.

30. Paragraph 30 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

31. Paragraph 31 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited publication therein for the true and correct contents thereof.

32. Paragraph 32 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

33. Paragraph 33 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

34. Paragraph 34 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

35. Paragraph 35 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

36. Paragraph 36 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

37. Paragraph 37 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

38. Paragraph 38 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the cited case therein for the true and correct contents thereof.

39. Paragraph 39 of the Complaint states a legal conclusion, to which a response is not required, and Defendant respectfully refers the Court to the referenced statute therein for the true and correct contents thereof.

40. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint.

41. Admits the allegations contained in Paragraph 41 of the Complaint.

42. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint, except denies that Defendant EF had authorization from Defendant to initiate calls on behalf of Defendant.

43. Denies the allegations contained in Paragraph 43 of the Complaint.

44. Denies the allegations contained in Paragraph 44 of the Complaint.

45. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint.

47. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint.

48. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint.

49. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint.

52. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint.

53. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint.

54. Paragraph 54 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint, as it is unclear what classification of phone calls Plaintiff is referring to, and, to the extent an even further response is required, Defendant denies the allegations contained in Paragraph 54 of the Complaint.

55. Paragraph 55 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 55 of the Complaint.

56. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint, and based upon such lack of information

and knowledge, generally and specifically denies the allegations contained in Paragraph 56 of the Complaint.

57. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 57 of the Complaint.

58. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 58 of the Complaint.

59. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 59 of the Complaint.

60. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 60 of the Complaint.

61. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 61 of the Complaint.

62. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 62 of the Complaint.

63. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 63 of the Complaint.

64. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 64 of the Complaint.

65. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 65 of the Complaint.

66. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 66 of the Complaint.

67. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint, and based upon such lack of information

and knowledge, generally and specifically denies the allegations contained in Paragraph 67 of the Complaint.

68. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 68 of the Complaint.

69. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 69 of the Complaint.

70. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 70 of the Complaint.

71. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 71 of the Complaint.

72. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 72 of the Complaint.

73. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 73 of the Complaint.

74. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 74 of the Complaint.

75. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 75 of the Complaint.

76. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 76 of the Complaint.

77. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 77 of the Complaint.

78. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint, and based upon such lack of information

and knowledge, generally and specifically denies the allegations contained in Paragraph 78 of the Complaint.

79. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 79 of the Complaint.

80. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 80 of the Complaint.

81. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 81 of the Complaint.

82. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 82 of the Complaint.

83. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 83 of the Complaint.

84. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 84 of the Complaint.

85. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 85 of the Complaint.

86. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 86 of the Complaint.

87. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 87 of the Complaint.

88. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 88 of the Complaint.

89. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint, and based upon such lack of information

and knowledge, generally and specifically denies the allegations contained in Paragraph 89 of the Complaint.

90. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 90 of the Complaint.

91. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 91 of the Complaint.

92. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 92 of the Complaint.

93. Paragraph 93 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 93 of the Complaint.

94. Paragraph 94 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 94 of the Complaint.

95. Paragraph 95 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 95 of the Complaint.

96. Denies the allegations set forth in Paragraph 96 of the Complaint.

97. Denies the allegations set forth in Paragraph 97 of the Complaint.

98. Denies the allegations set forth in Paragraph 98 of the Complaint.

99. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 99 of the Complaint.

100. Denies the allegations set forth in Paragraph 100 of the Complaint.

101. Paragraph 101 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 101 of the Complaint.

102. Paragraph 102 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 102 of the Complaint.

103. Paragraph 103 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 103 of the Complaint.

104. Paragraph 104 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 104 of the Complaint.

105. Paragraph 105 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 105 of the Complaint.

106. Paragraph 106 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 106 of the Complaint.

107. Paragraph 107 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 107 of the Complaint.

108. Paragraph 108 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 108 of the Complaint.

109. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 109 of the Complaint.

110. Paragraph 110 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 110 of the Complaint.

111. Paragraph 111 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 111 of the Complaint.

112. Paragraph 112 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 112 of the Complaint.

113. Paragraph 113 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 113 of the Complaint.

114. Paragraph 114 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 114 of the Complaint.

115. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 115 of the Complaint.

116. Paragraph 116 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 116 of the Complaint.

117. Paragraph 117 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 117 of the Complaint.

118. Denies the allegations contained in Paragraph 118 of the Complaint.

119. Lacks information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint, and based upon such lack of information and knowledge, generally and specifically denies the allegations contained in Paragraph 119 of the Complaint.

120. Denies the allegations contained in Paragraph 120 of the Complaint.

121. Denies the allegations contained in Paragraph 121 of the Complaint.

122. Paragraph 122 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 122 of the Complaint.

123. Paragraph 123 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 123 of the Complaint.

124. Paragraph 124 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 124 of the Complaint.

125. Paragraph 125 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 125 of the Complaint.

126. Paragraph 126 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 126 of the Complaint.

127. Paragraph 127 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 127 of the Complaint.

128. Paragraph 128 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 128 of the Complaint.

129. Paragraph 129 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 129 of the Complaint.

130. Paragraph 130 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 130 of the Complaint.

131. Paragraph 131 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 131 of the Complaint.

132. Paragraph 132 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 132 of the Complaint.

133. Paragraph 133 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 133 of the Complaint.

134. Paragraph 134 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 134 of the Complaint.

135. Paragraph 135 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 135 of the Complaint.

136. Paragraph 136 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 136 of the Complaint.

137. Paragraph 137 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 137 of the Complaint.

138. Paragraph 138 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 138 of the Complaint.

139. Paragraph 139 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 139 of the Complaint.

140. Paragraph 140 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 140 of the Complaint.

141. Paragraph 141 of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 141 of the Complaint.

142. Paragraph 99 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 99 (*sic*) of the Complaint.

143. Paragraph 100 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 100 (*sic*) of the Complaint.

144. Paragraph 101 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 102 (*sic*) of the Complaint.

145. Paragraph 103 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 103 (*sic*) of the Complaint.

146. Paragraph 104 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 104 (*sic*) of the Complaint.

147. Paragraph 105 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 105 (*sic*) of the Complaint.

148. Defendant repeats and re-alleges each of the responses contained in Paragraphs 1 through 147 of this Answer as though fully set forth herein.

149. Paragraph 107 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 107 (*sic*) of the Complaint.

150. Paragraph 108 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 108 (*sic*) of the Complaint.

151. Paragraph 109 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 109 (*sic*) of the Complaint.

152. Paragraph 110 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 110 (*sic*) of the Complaint.

153. Paragraph 111 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 111 (*sic*) of the Complaint.

154. Defendant repeats and re-alleges each of the responses contained in Paragraphs 1 through 153 of this Answer as though fully set forth herein.

155. Paragraph 113 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 113 (*sic*) of the Complaint.

156. Paragraph 114 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 114 (*sic*) of the Complaint.

157. Paragraph 115 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 115 (*sic*) of the Complaint.

158. Denies the allegations contained in Paragraph 116 (*sic*) of the Complaint.

159. Denies the allegations contained in Paragraph 117 (*sic*) of the Complaint.

160. Denies the allegations contained in Paragraph 118 (*sic*) of the Complaint.

161. Denies the allegations contained in Paragraph 119 (*sic*) of the Complaint.

162. Denies the allegations contained in Paragraph 120 (*sic*) of the Complaint.

163. Paragraph 121 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 121 (*sic*) of the Complaint.

164. Paragraph 122 (*sic*) of the Complaint states a legal conclusion, to which a response is not required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 122 (*sic*) of the Complaint.

165. Defendant repeats and re-alleges each of the responses contained in Paragraphs 1 through 164 of this Answer as though fully set forth herein.

166. As the allegations contained in Paragraph 124 (*sic*) of the Complaint do not concern Defendant, no response is required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 124 (*sic*) of the Complaint.

167. As the allegations contained in Paragraph 125 (*sic*) of the Complaint do not concern Defendant, no response is required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 125 (*sic*) of the Complaint.

168. As the allegations contained in Paragraph 126 (*sic*) of the Complaint do not concern Defendant, no response is required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 126 (*sic*) of the Complaint.

169. As the allegations contained in Paragraph 127 (*sic*) of the Complaint do not concern Defendant, no response is required. To the extent a further response is required, Defendant denies the allegations contained in Paragraph 127 (*sic*) of the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, because this Court lacks personal jurisdiction over Defendant.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because to the extent the subject text messages or calls occurred, such text messages or calls were invited, permitted, consented to, and/or made pursuant to a personal or an established business relationship.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff fails to state and cannot state a plausible cause of action for class relief pursuant to Federal Rule of Civil Procedure 23 in that, among other things, the claims Plaintiff seeks to assert cannot be common or typical of the claims of the classes, nor is class relief superior to other available methods for fairly and efficiently adjudicating the claims Plaintiff attempts to assert.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative classes Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff and/or the putative class members are not the respective owners, subscribers, registrants, or authorized users of the

telephones that allegedly received the calls and text messages at issue, and, therefore, lack standing.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited by the doctrine of unclean hands. Plaintiff seeks out, invites, and welcomes text messages, including, *arguendo*, the subject alleged occurrences set forth in the Complaint, in an effort to manufacture and pursue litigation on a class basis, not to seek compensation for damages allegedly suffered, as contemplated by statute, but rather to seek to enrich himself by seeking disproportionate payments from, here, Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff fails to sufficiently allege that a class action is proper or appropriate, and therefore Plaintiff is not entitled to maintain this lawsuit as a collective action. Among other things, Plaintiff fails to allege, because he cannot allege, any facts to suggest there are any other members of the proposed classes. Instead, Plaintiff merely hypothesizes there may be others. Similarly, Plaintiff has not alleged, because he cannot allege, any facts to plausibly support the claim that there are common issues of fact and law, that Plaintiff's claims are typical of the proposed classes, or that Plaintiff will fairly and adequately protect the interests of the proposed classes. Rather, the Complaint merely parrots the requisite language without any factual insight. Accordingly, Plaintiff cannot satisfy the numerosity, commonality, typicality, and adequate representative requirements for this case to proceed as a class action.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because the alleged damages to Plaintiff and/or the putative classes Plaintiff seeks to represent were caused in whole or in part by the acts or omissions of third-parties over which Defendant had and has no control of/over, and/or by the acts or omissions of Plaintiff and/or the putative class members.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff did not sustain any damages. To the extent Plaintiff sustained any damages, such damages are *de minimis* and non-actionable, and any such damages are not representative and/or the same as the putative class members Plaintiff seeks to represent.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited by the doctrines of waiver, estoppel, and unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because any alleged wrongdoing by Defendant, which Defendant denies, was caused by mistake. Indeed, Defendant acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it acted.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff and/or the putative classes failed to mitigate their damages. Accordingly, recovery (if any) should be reduced in proportion to Plaintiff's failure to mitigate such damages.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for injunctive relief and/or the claims for injunctive relief of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because there is neither continuing harm nor any real and immediate danger of injury in the future to Plaintiff or the putative classes Plaintiff seeks to represent.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff and/or the putative class members were not the intended recipient(s).

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because the statutory damages provisions of the TCPA are excessive fines and/or are grossly disproportionate to any actual harm that may have been suffered. Accordingly, such statutory damages provisions violate (1) the safeguards set forth in and/or assured by the Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution and (2) the due process clause of the Fifth and Fourteenth Amendments of the United States Constitution.

**SIXTEENTH AFIRMATIVE DEFENSE**

Plaintiff's claim and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or part, or are limited by the doctrines of comparative fault and/or contributory negligence, to the extent that, Plaintiff and/or certain putative class members were negligent, careless, and/or failed to exercise reasonable care with respect to the matters alleged in the Complaint, and such conduct directly and proximately caused or exacerbated the alleged injuries and damages. Any recovery by Plaintiff or the putative class must be reduced proportionately.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claim and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or part, or are limited because Plaintiff waived his right to bring or participate in a class action or similar proceeding.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative classes Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited because Plaintiff's alleged telephone number is believed to be a business phone number and not a residential telephone number that Plaintiff uses for personal calls.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, because this Court lacks jurisdiction over all or some of the claims asserted on behalf of the absent class members.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, because Plaintiff and the putative class members have failed to satisfy conditions precedent necessary to commence this suit.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims and/or the claims of the putative class Plaintiff seeks to represent fail or otherwise are barred, in whole or in part, or are limited to the extent that they abridge Defendants' rights to freedom of speech protected under the First Amendment of the United States Constitution.

## PRESERVATION OF DEFENSES

Defendant hereby gives notice to Plaintiff, as stated in its Answer, that Defendant lacks sufficient information upon which to form a belief as to the truth of certain allegations contained in the Complaint, or specific knowledge of actions on Plaintiff's part or other persons that contributed to or caused Plaintiff's alleged damages. Until Defendant avails itself of its rights to disclosure in this action, Defendant cannot determine whether the above affirmative defenses will be asserted at the time of trial. Defendant reserves the right to amend this Answer to the extent permissible, including its right to add additional affirmative defenses as may become known to Defendant during disclosure. Any allegations in the Complaint that are not specifically admitted, denied or otherwise responded to herein by Defendant are hereby expressly denied.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant respectfully requests that the Court enter judgment in its favor and against Plaintiff and/or the putative class members as follows:

a. Denying all relief that Plaintiff and/or the putative class members seek in the Complaint;

b. Dismissing the Complaint, in its entirety, with prejudice;

c. Awarding Defendant its reasonable attorneys' fees, expenses, and costs incurred in connection with this litigation; and

d. Awarding Defendant such further and other relief that the Court deems just and proper.

Dated: June 10, 2026

Respectfully submitted,

WELTZ KAKOS GERBI
WOLINETZ VOLYNSKY LLP

By: *_/s/ Robert Volynsky_*
Robert B. Volynsky

*Attorneys for Defendant*
*Cordoba Legal Group PLLC*

**CERTIFICATE OF SERVICE**

I certify that a copy of Defendant Cordoba Legal Group PLLC's Answer to Class Action Complaint was served on June 10, 2026 on all counsel of record via CM/ECF.

*/s/ Robert Volynsky*
Robert B. Volynsky