**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The parties are instructed to make every effort to agree on dates.***

| **Case No.** 2:26-cv-04067-MBK | **Case Name:** Farbod Hadizadeh Moghadam v. Set Forth, Inc. et al | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Check one: ☒ Jury Trial or ☐ Court Trial<br>***[Monday at 8:30 a.m., about 12-18 months after Complaint filed]***<br>Estimated Duration, in days: | | 09/27/2027<br>_5_ days | ___ days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>***[Tuesdays at 11:00 a.m., at least 13 days before trial]*** | | 09/14/2027 | |
| **Event[1]**<br>***Note:*** Hearings must be on Mondays or Wednesdays at 10:00 a.m. Other dates can be any day of the week. | **Suggest. Weeks Before FPTC[2]** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
| Last Date to ***Hear*** Motions to Amend Pleadings/Add Parties *[Monday or Wednesday]* | 12-16 weeks after Sched. Conf. | 12/02/2026 | |
| Joint Status Report re Discovery[3] | 23 | 04/06/2027 | |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for *filing* dispositive motion)** | 17 | 05/18/2027 | |
| Expert Disclosure (Initial) | | 05/25/2027 | |
| Expert Disclosure (Rebuttal) | | 06/08/2027 | |
| Expert Discovery Cut-Off | 12[4] | 06/22/2027 | |
| Last Date to ***Hear*** Motions *[Monday or Wednesday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 06/21/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 07/06/2027 | |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one)***:<br>(Magistrate Judge *[with Court approval]*, Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☒ 3. Private | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☐ 3. Private |
| **Trial Filings**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (court trial only)<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 2 minimum | 08/31/2027 | |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. *This is often appropriate for class actions, patent cases, and ERISA cases.***
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The report shall provide a brief update on the status of discovery and any anticipated discovery motion practice.**
[4] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**